UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MARVIN M WILLIAMSON JR** | **CIVIL ACTION NO.  6:08CV441** |
| **VERSUS** | **JUDGE MELANÇON** |
| **CITY OF MORGAN CITY ET AL** | **MAGISTRATE JUDGE HILL** |

**NOTICE OF INTENT TO DISMISS**
**FOR FAILURE TO PROSECUTE UNDER LR41.3W**

Please take notice that this action is subject to dismissal as to Morgan City Police Department under **LR41.3W** for failure to prosecute if good cause is not shown why no responsive pleadings have been filed or default entered within sixty (60) days after service of the summons and complaint.

If you feel there is good cause for this failure, a "Motion for Extension of Time to Take a Default" should be filed within ten (10) calendar days of the issuance of this notice, and such motion should include whatever good cause exists for the failure set forth above.  If no filing is made within ten (10) calendar days of the issuance of this notice, this civil action will be dismissed as to Morgan City Police Department by the Clerk of Court under **LR41.3W**.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE  July 16, 2008.

ROBERT H. SHEMWELL

CLERK OF COURT